| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>WHITE PLAINS DIVISION | HEARING DATE: October 7, 2020<br>HEARING TIME: 9:30 A.M. |

-----------------------------------------------------------X   CHAPTER 13

IN RE:                                                                                    CASE NO. 20-22920-SHL

    John J. Inzeo and Dana L. Inzeo,

                                           Assigned to:
                                           Hon. Sean H. Lane

                               Debtor(s).

-----------------------------------------------------------X

## **OBJECTION TO CONFIRMATION OF THE PLAN**

        Karen B. Migdal, the undersigned, does hereby affirm to be true, under the penalties of perjury as follows:

        1.       I am an attorney duly admitted to practice in the State of New York and before the United States District Court for the Southern District of New York. As the attorney for Matrix Financial Services Corporation (hereinafter the "Secured Creditor"), I am fully familiar with the facts and circumstances set forth herein. I submit this Affirmation in opposition to the plan submitted by the debtor.

        2.       Secured Creditor is the holder of a first mortgage secured by the debtor's residence located at 7 Virginia Street, New City, NY 10956 with an unpaid principal balance due in the amount of $280,804.06.

        3.       Matrix Financial Services Corporation will be filing a proof of claim for the first mortgage with arrears set forth at the time of filing estimated to be $4,124.99. The proof of claim will be filed by the bar date established by the Court. Said bar date is October 15, 2020.

4. The Debtor's proposed Plan fails to provide for the payment of arrears. The estimated amount to cure the mortgage arrears is $4,124.99. Matrix Financial Services Corporation rejects the Plan. Thus, the proposed Plan cannot be confirmed under Bankruptcy Law. 11 U.S.C. Section 1325 (a) (5) (A), (B).

WHEREFORE, Matrix Financial Services Corporation rejects the debtor's Plan, as proposed, and respectfully requests that the confirmation of the Chapter 13 Plan be denied, together with such other and further relief against the debtor as this Court deems just and proper.

Dated: August 25, 2020
Carle Place, New York

STEIN, WIENER & ROTH, L.L.P.

*Karen B Migdal*
Digitally signed by Karen B Migdal
DN: cn=Karen B Migdal, o=SWR, ou, email=kmigda@hhstein.com, c=US
Date: 2020.08.26 09:43:13 -04'00'

BY: Karen B. Migdal, Esq.
Attorneys for Matrix Financial Services Corporation
Office & P.O. Address
One Old Country Road, Suite 113
Carle Place, New York 11514
(516) 742-1212

TO: Michael A. Koplen
Debtor's Attorney
14 South Main Street, Suite 4
New City, NY 10956

Krista M. Preuss
Trustee
399 Knollwood Road
White Plains, NY 10603

John J. Inzeo and Dana L. Inzeo
Debtor
7 Virginia Street
New City, NY 10956

U.S. Trustee
U.S. Federal Office building
201 Varick Street, Room 1006
New York, NY 10014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
------------------------------------------------------------X  CHAPTER 13

IN RE:  CASE NO. 20-22920-SHL

   John J. Inzeo and Dana L. Inzeo,

                       Debtor(s).
------------------------------------------------------------X

===============================================================================

**OBJECTION TO CONFIRMATION OF THE PLAN**

===============================================================================

                                            STEIN, WIENER & ROTH, L.L.P.
                                            Attorneys for Matrix Financial Services Corporation
                                            Office & P.O. Address
                                            One Old Country Road, Suite 113
                                            Carle Place, New York 11514
                                            (516) 742-1212
                                            77832/DOVEN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
-----------------------------------------------------------X    CHAPTER 13

IN RE:                                                          CASE NO. 20-22920-SHL

John J. Inzeo and Dana L. Inzeo,

                               Debtor(s).
-----------------------------------------------------------X

## AFFIDAVIT OF MAILING

STATE OF NEW YORK )
                          ) ss:
COUNTY OF NASSAU )

      Jennifer Schlander, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at Monroe County, New York.

      That on August 26, 2020, deponent served the within OBJECTION TO CONFIRMATION OF THE PLAN, by mailing the same in a sealed envelope, with postage paid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

1)    Michael A. Koplen
        Debtor's Attorney
        14 South Main Street, Suite 4
        New City, NY 10956

2)    Krista M. Preuss
        Trustee
        399 Knollwood Road
        White Plains, NY 10603

3)    John J. Inzeo and Dana L. Inzeo
        Debtor
        7 Virginia Street
        New City, NY 10956

4)   U.S. Trustee
     U.S. Federal Office Building
     201 Varick Street, Room 1006
     New York, NY 10014

                              /s/ Jennifer Schlander
                              _____
                              Jennifer Schlander

Sworn to before me this
26th day of August, 2020

_____
NOTARY PUBLIC

**BERNADETTE Z. NATI-RODEO**
NOTARY PUBLIC, STATE OF NEW YORK
Commission No. 01NA6311389
Qualified in Queens County
Commission Expires September 15, 2022