Bank of America, N.A.
PO Box 31785
Tampa, FL 33631-3785

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

**NOTICE OF WITHDRAWAL**

In re: JOHN J INZEO AND DANA L INZEO
CHAPTER 13
CASE NUMBER: 20-22920

TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Bank of America, N.A.
2. For account 6902 in the amount of $19,259.00.
3. Docketed by the court on 08/31/2020, Claim number 5.

    You are notified that such proof of claim is hereby withdrawn, as it was filed in error.

DATED: 09/23/2020

Bank of America, N.A.

/s/ Barbara Tapia-Maze, Assistant Vice President